STATE OF CONNECTICUT *v.* MALCOLM CARPENTER

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 48, is denied.

*William H. Narwold,* in support of the petition.

*Rita M. Shair,* deputy assistant state's attorney, in opposition.

Decided November 1, 1989

RICHARD SALZ *v.* WARDEN, WHALLEY AVENUE COMMUNITY CORRECTIONAL CENTER

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Neal Cone,* in support of the petition.

*Henri Alexandre,* assistant attorney general, in opposition.

Decided November 9, 1989